### GONZALES v. STATE.
No. 13138.

Court of Criminal Appeals of Texas.
Feb. 19, 1930.

Roy Buckley, of Mission, for appellant.
A. A. Dawson, State's Atty., of Austin, for the State.

MARTIN, J.

Offense, murder; penalty, fifteen years in the penitentiary.

No statement of facts accompanies the record. All of appellant's bills of exception appear to have been filed too late for consideration. Even if filed in time, we could not appraise them, in the absence of a statement of facts.

The judgment is affirmed.

PER CURIAM.

The foregoing opinion of the Commission of Appeals has been examined by the judges of the Court of Criminal Appeals and approved by the court.